UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER HICKS as Special Administratrix of the Estate of Kevin Hicks, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:18-cv-01025-TWP-DLP ) |
| CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, ROBERT CARMICHAEL, | ) ) ) ) ) |
| Defendants. | ) |

**MINUTE ENTRY FOR APRIL 3, 2019**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference on April 3, 2019. A settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, the parties shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement

documents may be granted for good cause shown, if requested in writing before expiration of this period.

    So ORDERED.

Date: 4/5/2019

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email