IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEATHER HICKS, Individually and as Special Administratrix of Kevin Hicks, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:18-cv-01025-TWP-DLP ) |
| THE CITY OF INDIANAPOLIS, THE INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and ROBERT CARMICHAEL, | ) ) ) ) |
| Defendants. | ) ) |

**Order of Dismissal**

This matter came before the Court on the parties' Stipulation of Dismissal. Filing No. 41.

The Court, being fully advised, now GRANTS that stipulation.

WHEREFORE, IT IS ORDERED that all claims in this case are hereby DISMISSED with prejudice.

Date: 6/5/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.